792 A.2d 1240

IN THE MATTER OF CARMINE DESANTIS,
AN ATTORNEY AT LAW.

April 2, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–027, concluding that **CARMINE DeSANTIS** of **STATEN ISLAND, NEW YORK,** who was admitted to the bar of this State in 1988, should be suspended from the practice of law for a period of one year for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on the attorney's honesty as a lawyer) and *RPC* 8.4(c) (dishonesty, fraud, deceit, or misrepresentation);

And **CARMINE DeSANTIS** having been temporarily suspended from practice pursuant to *Rule* 1:20–13(b)(1) by Order of this Court filed October 17, 2000, and remaining suspended at this time;

And the Court having granted the petition for review filed by the Office of Attorney Ethics and ordered respondent to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **CARMINE DeSANTIS** is suspended from the practice of law for a period of one year and until the further Order of the Court, retroactive to October 17, 2000; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.